UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| CLARENCE R. HULL, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:16-cv-02920 |
| ELIOR-N.A., | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 35) recommending that the claims against Defendants John Doe, Randy LNU, and FNU Dickson be dismissed without prejudice. No timely objections to the R&R have been filed despite the R&R's specific warnings regarding waiver. (Id. at 2.)

The Court has thoroughly reviewed the R&R and agrees with the Magistrate Judge's analysis. Specifically, Plaintiff has not properly served John Doe, Randy LNU, or FNU Dickson, despite being ordered to do so nearly 3 years ago. (See Doc. No. 18 at 3.) Accordingly, the R&R (Doc. No. 35) is **APPROVED AND ADOPTED** and Plaintiff's claims against John Doe, Randy LNU, and FNU Dickson are **DISMISSED WITHOUT PREJUDICE**.

Additionally, Plaintiff has not perfected service on Defendant A.B.L. Management, likely because the company no longer exists and has been succeeded by Elior, North America ("Elior-N.A."). (See Doc. No. 33.) Thus, Plaintiff's claims against A.B.L. Management are also **DISMISSED WITHOUT PREJUDICE**.

Elior-N.A. is the sole remaining Defendant in this case, and the Clerk is directed to reflect this change in the Court's docket.

The case is hereby RETURNED to the Magistrate Judge for further case management.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE